UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN STRANDY,

    Plaintiff,

v.

STEVEN SINCLAIR,

    Defendant.

CASE NO. C12-5636 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura , United States Magistrate Judge ("Judge Creatura") (Dkt. 9), and Plaintiff's objections to the R&R (Dkt. 16).

On September 13, 2012, Plaintiff Robert Dean Strandy ("Strandy") filed a response to Judge Creatura's R&R recommending the denial of Strandy's in forma pauperis (IFP) application. In that response, Strandy concedes that he can afford to pay the filing fee; however, he requests the Court grant him IFP status for obtaining copies of documents relating to his criminal convictions. Dkt. 16 at 2.

The Court does not grant IFP status for expenses associated with the copying of court documents. *See* 28 U.S.C. § 1915.

ORDER - 1

1     The Court having considered the R&R, Plaintiff's objections, and the remaining
2 record, hereby **ADOPTS** the R&R (Dkt. 9).

3     Dated this 22nd day of October, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge