1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN STRANDY,

              Plaintiff,

v.

STEVEN SINCLAIR,

              Defendant.

CASE NO. C12-5636 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

13     This matter comes before the Court on the Report and Recommendation ("R&R")
14 of the Honorable J. Richard Creatura , United States Magistrate Judge ("Judge Creatura")
15 (Dkt. 9), and Plaintiff's objections to the R&R (Dkt. 16).
16     On September 13, 2012, Plaintiff Robert Dean Strandy ("Strandy") filed a
17 response to Judge Creatura's R&R recommending the denial of Strandy's in forma
18 pauperis (IFP) application. In that response, Strandy concedes that he can afford to pay
19 the filing fee; however, he requests the Court grant him IFP status for obtaining copies of
20 documents relating to his criminal convictions. Dkt. 16 at 2.
21     The Court does not grant IFP status for expenses associated with the copying of
22 court documents. *See* 28 U.S.C. § 1915.

ORDER - 1

1     The Court having considered the R&R, Plaintiff's objections, and the remaining

2 record, hereby **ADOPTS** the R&R (Dkt. 9).

3     Dated this 22nd day of October, 2012.

                                  BENJAMIN H. SETTLE
                                  United States District Judge