UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN STRANDY,

              Petitioner,

   v.

STEVEN SINCLAIR,

              Respondent.

CASE NO. C12-5636BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    This petition is dismissed as time barred as to any ground for relief other than dismissal of the merged felony murder convictions; that ground for relief is denied pursuant to 28 U.S.C. 2254(b)(2). Any double jeopardy issue was cured by the state court

ORDER - 1

1 | when it vacated petitioner's convictions for felony murder and left the convictions for

2 | aggravated murder in place.

3 |     (3)    A certificate of appealability is **DENIED**; and

4 |     (4)    This case is closed.

5 | Dated this 4th day of January, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge