UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN STRANDY,

           Petitioner,

   v.

STEVEN SINCLAIR,

           Respondent.

CASE NO. C12-5636BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    This petition is dismissed as time barred as to any ground for relief other than dismissal of the merged felony murder convictions; that ground for relief is denied pursuant to 28 U.S.C. 2254(b)(2). Any double jeopardy issue was cured by the state court

ORDER - 1

when it vacated petitioner's convictions for felony murder and left the convictions for aggravated murder in place.

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

Dated this 4th day of January, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2